PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00143-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING VACATING STATUS CONFERENCE AS TO MANUEL GARCIA; ORDER |
| v. | |
| MANUEL GARCIA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 8, 2022.

2.      By this stipulation, the parties now move to vacate the status conference, as Defendant Manuel Garcia entered a guilty plea on April 12, 2022, and is now set for sentencing.


IT IS SO STIPULATED.

1

Dated:  April 13, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney


Dated:  April 13, 2022

/s/ Mark Wade Coleman
Mark Wade Coleman
Counsel for Defendant
Manuel Garcia

### ORDER

Pursuant to the parties' stipulation and in light of defendant Manuel Garcia's entry of a guilty plea on April 12, 2022, the June 8, 2022 status conference as to that defendant is vacated.

IT IS SO ORDERED.

Dated:   **April 14, 2022**

UNITED STATES DISTRICT JUDGE